IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-491-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

   1. **JASON RENANDER**,

       Defendant.

_____

## MOTION TO DISQUALIFY
_____

       Defendant Jason Renander ("Renander"), by and through undersigned counsel,

hereby moves this Court to disqualify itself from this case pursuant to 28 U.S.C. 455(a).

Renander states the following in support of this motion:

### Background

       Renander was Indicted on November 21, 2019.  He has been charged with three

counts of production of child pornography (18 U.S.C. 2251(a) and (e)) and one count of

transportation of child pornography (18 U.S.C. 2252A(a)(1)).  Renander turned himself in to

the custody of the U.S. Marshals on November 25, 2019.  An arraignment, discovery

conference, and detention hearing took place on November 27, 2019.  The detention hearing

was completed on December 4, 2019.  At the close of the detention hearing on, the parties

were ordered to contact chambers for the Honorable R. Brooke Jackson to set future court

dates for Renander's case.

Renander has a brother named Joseph Renander, date of birth February 9, 1977.  In 2005, Joseph Renander was charged in Jefferson County, Colorado with multiple counts of sexual assault on a child (position of trust), sexual assault on a child (pattern of abuse), and sexual exploitation of a child.  (See Jefferson County District Court Case No. 2005CR913).

Joseph Renander's case received extensive pretrial publicity.  A cursory internet search done by undersigned counsel turned up news reports by Denver 7, 9 News, Westword, Summit Daily, Fox 31, and 4 CBS Denver.  There was extensive pretrial motions practice in Joseph Renander's case.  The trial itself lasted over a week.  At the conclusion of the trial, Joseph Renander was convicted of multiple counts and was ultimately sentenced to 78 years to life in prison.

The Hon. R. Brooke Jackson, then a Colorado State District Court Judge, presided over Joseph Renander's case.

Joseph Renander's case was reversed on appeal and he was subsequently recharged with the same offenses.  He went to trial again and was convicted.  The Hon. R. Brooke Jackson did not preside over Joseph Renander's case after it was remanded back to the trial court by the Colorado Court of Appeals.

**Law**

28 U.S.C. 455(a) states, "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  The purpose of this statute is to "promote confidence in the judiciary by avoiding even the appearance of impropriety whenever possible." *Mathis v. Huff and Puff Trucking, Inc.*, 787 F.3d 1297 (10th Cir. 2015) (internal citations omitted).  "[The statute] contains an objective standard: disqualification is appropriate only where the reasonable

person, were he to know all the circumstances, would harbor doubts about the judge's

impartiality". *Id*. A reviewing court must examine how the facts of a case would appear to

a well-informed, thoughtful, and objective observer, rather than a hypersensitive, cynical,

and suspicious person. *Id*. The "reasonable observer" is not the judge or even someone

familiar with the judicial system, but rather an average member of the public. *Id*.

### Argument

Renander's case, while not factually similar to Joseph Renander's case, does involve

allegations of various sex offenses. It also carries a lengthy mandatory minimum prison

sentence if convicted, just as Joseph Renander's case did.

Renander does not have a basis for alleging that this Court harbors a personal bias or

prejudice against him. But based on the circumstances here, a reasonable person would

harbor doubts about the Court's ability to be impartial to the Defendant, based on the

protracted, high profile, egregious nature of the Joseph Renander case, and the fact that his

brother, the Defendant, is now before the same judge charged with multiple sex offenses

against children.

For these reasons, Renander moves this Court to disqualify itself from this case.

Undersigned counsel has conferred with AUSA Alecia Riewerts regarding this

motion, and has been authorized to state that the government objects.


Dated: December 6, 2019.

Respectfully submitted,

s/ Michael Sheehan
Michael J. Sheehan,
Attorney at Law, LLC
Attorney Reg. # 34934
7400 E. Caley Ave., Suite 300
Centennial, CO 80111
(720) 381-6146
Fax (303) 694-9370
michael.sheehan.esq@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of December, 2019, I electronically filed the forgoing **Motion to Disqualify** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all parties in the case.


s/ Michael Sheehan
Michael Sheehan